■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL CORCINO Also Known as MIGUEL CORSINO, Appellant.

Contrary to the defendant's contention, the record amply demonstrates that he knowingly and voluntarily waived the right to appeal from the plea and sentence as an essential condition of his plea agreement *(see, People v Seaberg,* 74 NY2d 1; *see also, People v Moissett,* 76 NY2d 909). Thompson, J. P., Sullivan, Eiber and Copertino, JJ., concur.